# REGISTER OF ACTIONS

## CASE NO. 20-06-07486

**Heidi Ballard VS. Lincoln Life Assurance Company of Boston** § § § § §

| | |
|---|---|
| Case Type: | **Inj/Damage-Other Injury or Damage >$200,000** |
| Date Filed: | **06/25/2020** |
| Location: | **284th Judicial District Court** |

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | **Lincoln Life Assurance Company of Boston**<br>Austin, TX 78701 | |
| **Plaintiff** | **Ballard, Heidi** | **Patrick M Primavera**<br>*Retained*<br>281-259-4992(W) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 06/25/2020 | **Original Petition (OCA)** | | |
| 06/25/2020 | **E-Filed Original Petition Document** | | |
| 06/25/2020 | **Request For Service** | | |
| 06/25/2020 | **Jury Trial Requested** | | |
| 06/25/2020 | **Jury Fee Paid** | | |
| 06/26/2020 | **Citation** | | |
| | Lincoln Life Assurance Company of Boston | Served | 06/26/2020 |
| | | Returned | 07/06/2020 |
| 07/06/2020 | **Return of Service** | | |

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| | **Plaintiff** Ballard, Heidi | | |
| | Total Financial Assessment | | 340.00 |
| | Total Payments and Credits | | 340.00 |
| | **Balance Due as of 07/15/2020** | | **0.00** |
| 06/25/2020 | Transaction Assessment | | 340.00 |
| 06/25/2020 | E-File Electronic Payment Receipt # 2020-271713 | Ballard, Heidi | (340.00) |

EXHIBIT

1