**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| HEIDI BALLARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20cv02530 |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

Defendant Liberty Life Assurance Company of Boston ("Liberty Life") files this Disclosure Statement and Certificate of Interested Persons, pursuant to Fed. R. Civ. P. 7.1 and shows the Court as follows:

1. Lincoln Life Assurance Company of Boston is a wholly owned subsidiary of The Lincoln National Life Insurance Company, an Indiana insurance company.

2. The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

**Certificate of Interested Persons**

The undersigned counsel of record states to the best of her knowledge that the following is a full and complete list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities who or that are financially interested in the outcome of this case:

1. The Lincoln National Life Insurance Company
2. Lincoln National Corporation
3. Lincoln Life Assurance Company of Boston

4. Heidi Ballard
5. Law Offices of Iwana Rademaekers, P.C.
6. Law Offices of Patrick Primavera

Dated this 17th day of July 2020.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Pleading was forwarded by Electronic Mail and US Priority Mail, delivery confirmation requested, on the 17th day of July 2020 to the following Party:

***Counsel for Plaintiff Heidi Ballard***
Patrick M. Primavera
State Bar of Texas No. 00789559
Law Offices of Patrick Primavera
32731 Egypt Lane, Ste 704
Magnolia, Texas 77354
Email: Pat@PGLawGroup.com

/s/ Iwana Rademaekers
Iwana Rademaekers