**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| HEIDI BALLARD, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-cv-02530 |
| | § | |
| LINCOLN LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| *Defendant.* | § | |

**PLAINTIFF HEIDI BALLARD'S CERTIFICATE OF INTERESTED PERSONS**

Plaintiff files this Certificate of Interested Persons reflecting all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that counsel for Plaintiff believes are financially interested in the outcome of this litigation as indicated by the current state of the pleadings. Such Parties are:

1. Heidi Ballard, Plaintiff.
2. Lincoln Life Assurance Company of Boston, Defendant.
3. The Lincoln National Life Insurance Company.
4. Lincoln National Corporation.
5. Law Offices of Patrick M. Primavera, LLC, Counsel for Plaintiff.
6. Law Offices of Iwana Rademaekers, P.C., Counsel for Defendant.

DATED this 30th day of July, 2020.

Respectfully submitted,

**Patrick M. Primavera**
Texas Bar No.: 00789559
S.D. of Texas No: 21971
LAW OFFICES OF PATRICK PRIMAVERA

32731 Egypt Lane, Suite 704
Magnolia, Texas 77354
Telephone: (281) 259-4992
Facsimile: (281) 259-4999
Email: Pat@PGLawGroup.com
*ATTORNEY FOR PLAINTIFF, HEIDI BALLARD*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the following, in accordance with the Court's CM/ECF procedures and Federal Rules of Civil Procedure, on this the 30th day of July, 2020:

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, PC
14785 Preston Road, Suite 550
Dallas, Texas 75254
*Attorney for Defendant*

*Via: Facsimile* (469) 444-6456 *and*
*e-Service:* iwana@rademaekerslaw.com

**Patrick M. Primavera**