**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| HEIDI BALLARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20cv02530 |
| | § | |
| LINCOLN LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT'S MOTION TO PARTIALLY DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

On this day, the Court considered the Motion to Partially Dismiss Plaintiff's First Amended Complaint filed by Defendant Lincoln Life Assurance Company of Boston pursuant to Federal Rule of Civil Procedure 12(b)(6). Having considered the Motion, and after review of Plaintiff's First Amended Complaint, Plaintiff's Response to Defendant's Motion, and the applicable law, the Court is of the opinion that Defendant's Motion should be **GRANTED**. It is, therefore,

**ORDERED** that Defendant's Motion to Partially Dismiss is hereby **GRANTED**. It is, therefore, also

**ORDERED** that Plaintiff's claim against Defendant shall proceed as a claim pursuant to 29 U.S.C. § 1132(a)(1)(B), and Plaintiff's state law violations of the Texas Insurance Code and breach of contract causes of action, along with any claims for statutory, penalty, compensatory, or exemplary damages (Paragraph 15-18 and 30 of Plaintiff's First Amended Complaint) are **DISMISSED WITH PREJUDICE.**

**SIGNED** this ______ day of __________________, 2020.

______________________________
UNITED STATES DISTRICT JUDGE